## Official Use Only

| Case Number | Judge |
|---|---|
| | Case: 2:14-cv-14274<br>Judge: Murphy, Stephen J.<br>MJ: Majzoub, Mona K.<br>Filed: 11-05-2014 At 04:33 PM<br>PRIS TRAPP V HOLDER, ET AL (EB) |

# PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

## Plaintiff's Information

| Name | Prisoner No. |
|---|---|
| JOSEPH ALLEN TRAPP | 634423 |

**Place of Confinement**
ALGER CORRECTIONAL FACILITY

| Street | City | State | Zip Code |
|---|---|---|---|
| N6141 INDUSTRIAL PARK DRIVE | MUNISING | M.I | 49862 |

Are there additional plaintiffs?  ☐ Yes  ☒ No

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.*

## Defendant's Information

| Name | Position |
|---|---|
| ERIC H. HOLDER JR. | UNITED STATES ATTORNEY GENERAL |

| Street/P.O. Box | City | State | Zip Code |
|---|---|---|---|
| 10TH AND PENNSYLVANIA AVE. NW | WASHINGTON | DC | 20530 |

Are you suing this defendant in his/her:  ☐ Personal Capacity  ☐ Official Capacity  ☒ Both Capacities

Are you suing more than one defendant?  ☐ Yes  ☒ No

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

1

Poor Quality Original

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☒ Yes ☐ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| Docket or Case Number: | 2:14-cv-12235-AJT-DRG |
| Name of Court: | UNITED STATES DISTRICT COURT EASTERN DIST. OF MICH. |
| Parties (Caption or Name of Case): | JOSEPH TRAPP v ERIC HOLDER |
| Disposition: | DISMISSED |

| | |
|---|---|
| Docket or Case Number: | |
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

| | |
|---|---|
| Docket or Case Number: | |
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.

2

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

I HEREBY RENOUNCE ALL ALLEGIANCE AND FIDELITY TO THE UNITED STATES AND TO ANY FOREIGN SOVEREIGN OR STATE OF WHOM OR WHICH I MAY AT THIS TIME BE A SUBJECT OR A CITIZEN OF THE UNITED STATES.

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

I HOPE TO MOVE THIS HONORABL COURT TO ALLOW ME TO RENOUNCE MY UNITED STATES CITIZENSHIP AND DEPORT ME. IF NOT I WOULD

HOPE TO HAVE THIS HONORABLE COURT TO GRANT ME 100 MILLION DOLLARS AS COMPENSATION FOR ALL OF THE TERRORISTIC ACTS THAT ALMOST KILLED ME ALL POLICE GETTING AWAY WITH LIEING UNDER OATH AND MURDER, ASSAULT, ATTEMPTED MURDER, ETC, ETC.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on 10-24-2014 (date).

Joseph Allen Trapp
Signature of Plaintiff
JOSEPH ALLEN TRAPP
#634423
Alger Correctional Facility
N 6141 Industrial Park Dr.
Munising, MI. 49862



# CIVIL COVER SHEET FOR PRISONER CASES

| Case No. 14-14274 | Judge: Stephen J. Murphy, III | Magistrate Judge: Mona K. Majzoub |
|---|---|---|

| Name of 1st Listed Plaintiff/Petitioner:<br>JOSEPH TRAPP | Name of 1st Listed Defendant/Respondent:<br>ERIC HOLDER |
|---|---|
| Inmate Number: 634423 | Additional Information: |
| Plaintiff/Petitioner's Attorney and Address Information: | |
| Correctional Facility:<br>Alger Maximum Correctional Facility<br>Industrial Park Drive<br>P.O. Box 600<br>Munising, MI 49862<br>ALGER COUNTY | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   - ☐ Yes       ☒ No
   - ➢ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   - ☐ Yes       ☒ No
   - ➢ If yes, give the following information:
     - Court: _____
     - Case No: _____
     - Judge: _____