UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH TRAPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-2194 (RCL) |
| ) | |
| ERIC H. HOLDER, JR., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

Plaintiff "renounce[s] all allegiance and fidelity to the United States." Compl. at 3. For relief he asks the court "to allow [him] to renounce [his] United States citizenship and [to be] deport[ed.]" *Id.* This matter is before the Court on Defendant's Motion to Dismiss [ECF No. 20].

On July 17, 2015, the Court issued an Order advising plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion. Specifically, the Court warned plaintiff that, if he failed to file an opposition to the motion by August 25, 2015, the Court would treat the motion as conceded. Upon notice of the plaintiff's new address [ECF Nos. 22-23], the Court issued an Order [ECF No. 24] directing defendant to send a copy of his motion to plaintiff at the new address by September 11, 2015, and extending plaintiff's opposition deadline to October 13, 2015. Defendant complied with the Order [ECF No. 25], and the Court subsequently extended plaintiff's opposition deadline to November 30, 2015. To date, plaintiff neither has filed an opposition to defendant's motion nor has requested

1

more time to do so. Mail sent to plaintiff's new address has not been returned by the United States Postal Service.

The Court, therefore, will grant defendant's motion as conceded and dismiss this case. *See Fox v. Am. Airlines, Inc.*, 389 F.3d 1291, 1295 (D.C. Cir. 2004); LCvR 7(b). An Order is issued separately.

DATE: January 28, 2016

ROYCE C. LAMBERTH
United States District Judge